# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/ Distribution less than $5 for Deposit

Debtor: **SHEA, DANIEL & KATHRYN**

Chapter 13 Case No. 04-61372
jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| CAPITAL ONE<br>PO BOX 85167<br>RICHMOND, VA  23285 | 24 | $1,073.21 | $26.94 |

TOTAL TO CLERK'S FUND   $26.94

February 24, 2010        /s/ Kyle L Carlson
DATE                     TRUSTEE

